# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

157204-5 & (87)(88)(89)(90)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                    SC: 157204; 157205
                                    COA: 333568; 333898
                                    Wayne CC: 15-008119-FH;
                                    15-007481-FH

BERNARD ANTOINE HARDRICK,
      Defendant-Appellee.

_____/

On order of the Court, the motion to file pro per supplement, motion to file pro per motions, and motion for immediate consideration are GRANTED. The application for leave to appeal the December 19, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appeal bond is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk

p0613